# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

|  |  |  |
|---|---|---|
| In Re Samuels | ) ) ) | Appeal No. 2022-1121 |

## **MOTION TO POSTPONE ORAL ARGUMENT**

Counsel for the Appellant, pursuant to Fed. Cir. R. 34, respectfully moves this Court to postpone the oral argument tentatively scheduled for the week of January 15, 2024, because the counsel designated as the arguing attorney for this matter, Attorney Todd S. Sharinn, remains ill, recently experienced a setback in his recovery, and has accordingly been directed by his physician to rest and recuperate.

As explained in the annexed Declaration of Todd Sharinn, Esq., Attorney Sharinn is the lead counsel for the Appellant and has spent extensive time preparing for this oral argument. No one else at Attorney Sharinn's Firm is sufficiently familiar with the record of this appeal, nor well-versed enough in the specific issues of patent law implicated here to appear and argue on the Appellant's behalf.

Appellant recognizes that the Court's calendar is busy and that postponing the oral argument may cause inconvenience and delay. However, Appellant respectfully submits that under these extraordinary, regrettable, and unforeseen circumstances, postponing the oral argument is necessary to protect the Appellant's right to a fair and meaningful hearing and to ensure the proper administration of justice.

Counsel for Appellant has been contacted by the Clerk's Office for the U.S. Court of Appeals for the Federal Circuit concerning scheduling the instant oral argument for the week of January 15, 2024. However, in view of the advice of Attorney Sharinn's physician that he rest for the next six weeks so that he can recover and resume his representation of the Appellant, Appellant requests that the Court postpone consideration of scheduling of oral argument until mid-January, or at the earliest reschedule the oral argument for late February 2024, or the next possible date thereafter that is convenient for the Court and the Parties.

Appellant has contacted the United States Patent and Trademark Office, and has informed the arguing attorney of this impending Motion.

Appellant respectfully requests that the Court grant this Motion and postpone the oral argument tentatively scheduled for the week of January 15, 2024.

This motion is accompanied by a declaration pursuant to Fed. Cir. R. 26(b).

Respectfully submitted,

*/s/ Todd S. Sharinn*
Todd S. Sharinn
Gilbride, Tusa, Last & Spellane LLC
986 Bedford Street
Stamford, Connecticut 06905
(203) 542-8418
tss@gtlslaw.com

Attorneys for Appellants
December 19, 2024

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

|  |  |  |
|---|---|---|
| In Re Samuels | ) )  ) | Appeal No. 2022-1121 |

## DECLARATION IN SUPPORT OF APPELLANT'S MOTION TO POSTPONE ORAL ARGUMENT

I, Todd S. Sharinn, hereby declare:

1. I am an attorney and of counsel to the law firm of Gilbride, Tusa, Last & Spellane, LLC.

2. I submit this declaration in accordance with Federal Circuit Rule 34 and in support of the Motion to Postpone Oral Argument.

3. I traveled to Washington D.C. on November 5, 2023, in preparation for the oral argument for this matter that was initially scheduled for the following day, November 6, 2023, at 10:00 a.m.

4. Late in the night of November 5, I fell ill with various symptoms, including extreme difficulty breathing and a very high fever, and as a result I was forced to call an ambulance to George Washington University Hospital.

5. As a result of my hospitalization, I was forced to seek the adjournment of the oral argument scheduled for that morning, which the Court kindly granted *sua sponte* and ultimately rescheduled for December 11, 2023, at 10:00 a.m.

6. Unfortunately, while I have undergone extensive testing including, but not limited to multiple MRIs, CAT Scans, blood tests, and so forth over the past month-and-a-half, the root cause of my ailment has not been identified, nor have I fully recovered from the health difficulties that prompted my initial hospitalization.

7. While I had nevertheless fully planned on appearing at the December 11, 2023, oral argument and had prepared accordingly, my condition markedly worsened the week before and I began experiencing (and continue to experience) many of the same concerning symptoms that affected me in the days leading up to my initial November 5, 2023, hospitalization.

8. I was ultimately forced to go to the Emergency Room at my local hospital late on December 11, 2023, due to an extremely high fever and related symptoms.

9. As a result, I visited my primary care physician, who informed me that it is imperative that I immediately stop working and focus on rest over at least the next six (6) weeks. A copy of my physician's note affirming the same is annexed hereto as **Exhibit A**.

10. As a result, I am unfortunately obliged to seek another adjournment of the oral argument scheduled in connection with this matter.

11. Earlier this afternoon, I contacted the attorney designated as arguing counsel by the United States Patent and Trademark Office to apprise them of my ongoing illness and my need to request an adjournment of oral argument.

12. None of the other attorneys at our Firm are available or sufficiently well-versed in the record, or the applicable law to appear for oral argument in connection with the above-captioned matter.

13. I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 20, 2023.   /s/ *Todd S. Sharinn*

TODD S. SHARINN
Counsel for Appellant

## RULE 32(g) CERTIFICATE OF COMPLIANCE

I certify pursuant to Fed. R. App. P. 32(g) that the foregoing MOTION TO POSTPONE ORAL ARGUMENT **complies with the type-volume limitation required by the Court's rule.** The total number of words in the foregoing request is 850 words as calculated using the Word® software program.

*/s/ Todd S. Sharinn*
Counsel for Appellants
Gilbride, Tusa, Last & Spellane LLC

# Exhibit A

MICHAEL S. FUSCO, MD
90 Morgan Street
Suite 304
Stamford, CT 06905
(203)817-0880
Fax-(203)-817-0878

December 20, 2023

Re: Todd Sharinn

To Whom it May Concern,

Mr. Sharinn is a patient under my ongoing medical care. He was admitted on November 5, 2023, to the intensive care unit at George Washington Medical Center. At that time, a hearing was scheduled which he was unable to attend.

Since that time, I have been monitoring Mr. Sharinn's recovery closely. Although it has been a slow recovery, he had another episode on December 5, 2023, and still another on December 11, 2023, that resulted in his hospitalization again.

I have advised him to drastically slow down and rest for the next 6 to 8 weeks for him to fully recover. It is my understanding that a hearing is scheduled for the week of January 16, 2024, which I strongly recommend he does not attend.

If you have any questions, please feel free to contact me.

Sincerely,

Michael S. Fusco, MD